FED - 1 2013

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARMALITA GREEN,

                    Plaintiff,            8:11 Civ. 528 (NAM/RFT)

  - against -

                                                     ECF Case

CIGNA LIFE INSURANCE COMPANY OF
NEW YORK,                                      **Stipulation of Discontinuance**

                    Defendant.
------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and defendant that this action against defendant be and hereby is discontinued with prejudice and without costs to any party.

    IT IS FURTHER AGREED that this stipulation may be executed in counterparts and facsimile copies of signatures may be considered as original signatures.

Dated: January 30, 2013

_____
Arthur P. Anderson, Esq.
Arthur Anderson & Associates PLLC
*Attorney for Plaintiff*
106 Main Street, P.O. Box 1624
Burlington, VT 05402
(802) 862-7070
(802) 862-7227 (fax)

_____
Emily A. Hayes (513263)
Wilson Elser LLP
*Attorneys for the Defendant*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
(914) 323-7001 (fax)

_____
So Ordered

**Error! Unknown document property name.**